## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR ARREST WARRANT

I, Ryan A. Martin, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### Introduction

1. I have been employed as a Special Agent of the FBI since May of 2016, and am currently assigned to the Cleveland Division, Akron Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to high technology or cyber crime, child exploitation, and child pornography. I am a member of the Cleveland Area Crimes Against Children Task Force. I have gained experience through training at the FBI Academy in Quantico, Virginia and everyday work relating to conducting these types of investigations.

2. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

3. I am investigating the activities of the usernames armyguynow (Kik) and @darkngod11 (Twitter), as well as the Internet account registered to Austin Lloyd. As will be shown below, there is probable cause to believe that Austin Ryan Lloyd using the username armyguynow has received, possessed, and distributed child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. I submit this application and affidavit in support of a warrant authorizing the arrest of Austin Ryan Lloyd, date of birth 09/11/****, Social Security Account Number ***-**-****, who resides at **** Red Brush Road, Ravenna, OH 44266.

4. The statements in this affidavit are based in part on information provided by SA Amy Hirina of the FBI Detroit Division, Oakland County Resident Agency, and on my investigation of this matter.

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of 18 U.S.C. §§ 2252 and 2252A, relating to material involving the sexual exploitation of minors.

   a. 18 U.S.C. § 2252(a)(1) prohibits knowingly transporting or shipping in interstate or foreign commerce, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct.

   b. 18 U.S.C. § 2252(a)(2) prohibits knowingly receiving or distributing, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct that has been mailed, shipped, or transported in interstate or foreign commerce. That section also prohibits knowingly reproducing any visual depiction of minors engaging in sexually explicit conduct for distribution in interstate or foreign commerce by any means, including by computer or the mail.

   c. 18 U.S.C. § 2252(a)(4) prohibits possessing one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been transported in interstate or foreign commerce, or that were produced using materials that had traveled in interstate or foreign commerce.

   d. 18 U.S.C. § 2252A(a)(1) prohibits knowingly mailing, transporting, or shipping child pornography in interstate or foreign commerce by any means, including by computer.

2

e. 18 U.S.C. § 2252A(a)(2) prohibits knowingly receiving or distributing any child pornography that has been mailed or shipped or transported in interstate or foreign commerce by any means, including by computer.

f. 18 U.S.C. § 2252A(a)(3)(A) prohibits a person from knowingly reproducing child pornography for distribution through the mail or in interstate or foreign commerce by any means, including by computer.

g. 18 U.S.C. § 2252A(a)(3)(B) prohibits knowingly advertising, promoting, presenting, distributing, or soliciting through the mail, or using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means any material in a manner that reflects the belief or is intended to cause another to believe that the material is or contains a visual depiction of an actual minor engaging in sexually explicit conduct, or an obscene visual depiction of a minor engaging in sexually explicit conduct.

## BACKGROUND OF THE INVESTIGATION

6. In 2017, the FBI Detroit Division, Oakland County Resident Agency was contacted by the Oakland County Sheriff's Office (OCSO) regarding a child pornography case. In or about October 2015, the OCSO obtained a search warrant for two laptops used by Derrick Donahue. In 2017, the forensic review of the laptops was completed and revealed approximately 5,000 images of child pornography, 40 videos of child pornography, and numerous Kik chats in which child pornography was sent/received. Kik is a mobile messaging application, known for protecting user anonymity, through which users can communicate and share files. Donahue was arrested in July 2017.

7. A review of Kik chats found on the laptops used by Derrick Donahue revealed a conversation string between Donahue, the user of Kik username bobhusk1, and Kik username armyguynow. The Kik conversation recovered from Donahue's laptop began on 04/02/2015 and ended on 07/25/2015. Throughout the aforementioned Kik conversation bobhusk1 and armyguynow traded child pornography, some of which is described below. Kik user armyguynow sent bobhusk1 multiple attachments which appear to be videos based on their conversation.

8. Kik users armyguynow and bobhusk1 discussed their urges to participate in sexual contact with girls as young as ten years old. During the Kik conversation armyguynow tells bobhusk1 he had sex with a fourteen year old girl when he was twenty-one years old.

9. On 04/02/2015, armyguynow sent bobhusk1 an attachment through Kik. A thumbnail image of the attachment pictured a prepubescent female, approximately 9 - 11 years old, wearing black pantyhose up to her knees, a black piece of clothing around her waist, and a red bra / small top. The prepubescent female was pictured laying on her back with her legs spread, fully exposing her genitalia and anus.

10. On 04/04/2015, armyguynow sent bobhusk1 an attachment through Kik. A thumbnail image of the attachment pictured two naked prepubescent females, approximately 10-12 years old, sitting / kneeling on top of a table or countertop. One of the prepubescent females was pictured sitting with her legs spread in a manner which fully exposed her genitalia.

11. On 05/08/2015, armyguynow sent bobhusk1 an attachment through Kik. A thumbnail image of the attachment pictured a prepubescent female, approximately 8-11 years old, who appeared to be naked. The prepubescent female was seated beside a naked adult male

who was laying on his back. The prepubescent female was holding the adult male's penis in her hand near her open mouth.

12. Kik users armyguynow and bobhusk1 also sent each other files via Dropbox. Instead of attaching the files directly to their Kik conversation, they sent Dropbox links to each other within the text of their Kik conversation.

13. On 04/07/2015, armyguynow sent bobhusk1 a Dropbox link of, "www.dropbox.com/sh/kg4xQ67vyzrwc38/AAB-7z9n35xB3TbN1u6kUedua?dl=0." On 04/08/2015, bobhusk1 responded, "Not bad at all." Kik user armyguynow sent bobhusk1 a total of approximately three more Dropbox links on 04/08/2015, 04/09/2015, and 04/15/2015 respectively.

14. Directly after sending the Dropbox link on 04/09/2017, armyguynow sent bobhusk1 a Kik message which read, "It's a mixture." Kik user bobhusk1 responded, "Fuck yeah, thanks." Kik user armyguynow responded, "Has dog porn in it too."

15. A subpoena return from Kik Interactive, Inc, dated 05/08/2017, provided subscriber information for Kik user armyguynow. The user's name was provided as first name "Ask" and last name "My Name :yum:", with an email address of darkngod@aol.com. Kik user armyguynow utilized IP address 173.88.255.7 over eighty times to access Kik between 04/08/2017 and 05/08/2017. The Kik account was created on 11/13/2014, and was accessed with a Verizon brand Samsung model G-900V phone on 01/06/2017.

16. A subpoena return from Charter Communications, Inc., dated 12/11/2017, identified Austin Lloyd of Red Brush Road, Ravenna, OH 44266, as the registered subscriber for IP address 173.88.255.7. As shown above, IP address 173.88.255.7 was used to access Kik

account armyguynow. Department of Defense records indicate that an Austin Lloyd, who is currently enlisted in the Army National Guard, resides at **** Red Brush Road, Ravenna, OH.

17. Physical surveillance of **** Red Brush Road, Ravenna, OH 44266, conducted on 05/08/2018, identified a male matching the description of Austin Lloyd near the tailgate of a Ford pickup truck bearing Ohio license plate GEM4359, which was parked in the driveway. A search of Ohio Bureau of Motor Vehicle records revealed Austin Lloyd is the registered owner of a dark blue Ford F-150 bearing Ohio license plate GEM4359.

18. On June 1, 2018 a search warrant was obtained in the United States District Court for the Northern District of Ohio. The warrant authorized the search of Austin Ryan Lloyd, his residence located at **** Red Brush Road, Ravenna, OH 44266, and the 2010 dark blue Ford F-150.

19. On June 7, 2018 at approximately 6:05 a.m., Agents and members of the Ohio Internet Crimes Against Children (ICAC) Task Force executed the search warrant at Lloyd's residence. Lloyd initially spoke to an FBI Task Force Officer, myself, and other Agents on scene. He provided voluntary recorded statements acknowledging his interest and activities related to child pornography. Lloyd was provided a beverage and was told on several occasions that he was not under arrest.

20. Lloyd acknowledged he was the user of Kik account armyguynow. During the interview Lloyd admitted that he recalled portions of his interaction with Kik user bobhusk1.

21. Lloyd was asked if he ever had sex with a minor. Lloyd responded that when he was 18, he had sex with a 14 year old female. I presented Lloyd with statements made by username armyguynow to bobhusk1 via Kik. Specifically, I told Lloyd that during said conversation dated 04/03/2015, username armyguynow told bobhusk1 that he had sex with a 14

year old when he was 21. Lloyd admitted to both recalling discussing this information via Kik, and to having sexual intercourse with a 14 year old when he was 21.

22. I also described an image of child pornography which was shared from Kik username armyguynow to bobhusk1. The image depicted a prepubescent child of unknown gender with their hands and feet bound together behind their back, and blindfolded, while being orally penetrated by an adult male's penis. After describing said photograph, Lloyd admitted that he remembered an image like the one described above, and believed he recalled interacting with the username I identified as bobhusk1.

23. Lloyd and the interviewing officers discussed the use of search terms and hashtags when Lloyd was seeking child pornography. Lloyd described looking for and observing hashtags through Tublr [Tumblr fran] that are indicative of child pornography; such as: jailbait, preteen, Lolita, and 14y. Lloyd admitted these hashtags often produce images of child pornography. Lloyd also admitted to observing these terms within several Dropbox links other users would send him when sharing child pornography, some of which Lloyd admits to copy and pasting when he would send out child pornography.

24. A Samsung brand cellular telephone was located during the search of Lloyd's residence. Lloyd told investigators the cellular telephone belonged to him.

25. Ohio's Internet Crimes Against Children Task Force (ICAC) forensic investigators conducted an initial review of content located on Austin Lloyd's cellular telephone. The review identified approximately 130 unique images of suspected child pornography on the aforementioned phone. One of the aforementioned images depicted a prepubescent female being vaginally penetrated by an adult male's penis.

## CONCLUSION

26. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Austin Ryan Lloyd did receive, possess and distribute child pornography and has violated Title 18 U.S.C. §§ 2252 and 2252A.

27. Your affiant, therefore, respectfully requests that the attached warrant be issued authorizing the arrest of Austin Ryan Lloyd.

SA Ryan A. Martin
FEDERAL BUREAU OF
INVESTIGATION

Sworn and subscribed before me this 7th day of June, 2018.

KATHLEEN B. BURKE
UNITED STATES MAGISTRATE JUDGE