# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 5:18cr336** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| -vs- | ) | |
| | ) | |
| **AUSTIN R. LLOYD** | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING** |
| **Defendant.** | ) | |
| | ) | |

Now comes Defendant, Austin R. Lloyd**,** and respectfully requests that this Court continue Sentencing scheduled for December 5, 2019 at 2:00 p.m.

The basis for this request is Mr. Lloyd's retained counsel Brian M. Pierce, passed away on October 25, 2019. Attorney Malarcik now represents Mr. Lloyd and additional time is necessary to review the file, the Presentence Report, file Objections, and file a Sentencing Memorandum.

Counsel for Defendant hereby agrees to waive his right to a speedy trial and further stipulates that the ends of justice served by granting this motion outweigh the best interests of Mr. Lloyd's rights to a speedy trial. See, 18 U.S.C. §3161 (h) (7) (A).

Wherefore, counsel for Defendant requests a continuance of Sentencing scheduled for December 5, 2019 at 2:00 p.m. and be scheduled in the above captioned matter.

                                               Respectfully submitted,

                                               /s/ Donald J. Malarcik
                                               Donald J. Malarcik (0061902)
                                               Attorney for Austin Lloyd
                                               54 E. Mill Street, Suite 400
                                               Akron, Ohio 44308
                                               (330) 253-0785 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2019, a copy of the Defendant's Motion to Continue was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.   Parties may access this filing through the Court's system.

/s/ Donald J. Malarcik
Donald J. Malarcik (0061902)
Attorney for Austin Lloyd